UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| RODNEY JACKSON, | CASE NO. C09-4055 MWB |
| Plaintiff, | |
| vs. | AMENDED JUDGMENT |
| SUBWAY OF SHELDON INC, JEFF HAMM, & SARAH WACHTER. | |
| Defendants. | |

This matter came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED THAT:

Plaintiff, Rodney Jackson take nothing and this action is dismissed. Plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2). The dismissal of this action counts against the plaintiff for purposes of the three-dismissal rule set forth in 28 U.S.C. § 1915(g).

DATED: April 12, 2010

Robert L. Phelps
Clerk of Court

S/src
By: Deputy Clerk